

# STEIN | SAKS, PLLC

YAAKOV SAKS ▲ ■ *
JUDAH STEIN ▲ ■
ELIYAHU BABAD ▲ ■
RAPHAEL DEUTSCH ▲
DAVID FORCE ▲ ■
NAKICHA JOSEPH ▲
MARK ROZENBERG ■
KENNETH WILLARD ▲ ■

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

May 10, 2021

**Via CM/ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York

RE:  Monegro v. Kiinde LLC
     Case No.: 1:21-cv-02131-JGK

*[Handwritten: Conference adjourned to 6/8/21 at 4:30 P.M. So ordered. /s/ John G. Koeltl 5/10/21 U.S.D.J.]*

Dear Judge Koeltl:

Plaintiff submits this letter to respectfully request the adjournment of the Initial Conference scheduled for May 17, 2021. Plaintiff's counsel requests this adjournment based on the fact that the scheduled conference coincides with a Jewish holiday taking place on May 17th and 18th, during which he is religiously proscribed from work. This is the first such request in this matter.

Plaintiff has reached out to counsel for Defendant Kiinde LLC, who has graciously consented to this request. The parties respectfully request that the Initial Conference be rescheduled for after June 1, 2021, the due date for Defendant's Answer.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-2021
```